# United States District Court
## Eastern District of Michigan
### Southern Division

Randall Thomas
Plaintiff,

Case:2 16-cv-10813
Judge: Cohn, Avern
MJ. Stafford, Elizabeth A.
Filed: 03-07-2016 At 03.35 PM
CMP THOMAS VS FERNDALE PUBLIC SCHOOL

— V —

Ferndale Public School, a Michigan
Public school in the State of Michigan,
Gary Meier, individually and in his official
capacity as The Ferndale Public school
Superintendent,
John Carlson, individually and in his official
capacity as The Attorney for Ferndale
Public School,
Henry Gold, individually and in his official
capacity as the Ferndale Public School vice
Diana Rochelu superintendent,
Rochelu, individuall and in her
official capacity as the Ferndale Public school
Principal of Roosevelt School,
Ferndale Public School Board, an michigan
Public school Board for the Ferndale Public
School in the city of Ferndale Michigan,



# Complaint and Jury Demand

There is no other civil action between these parties arising out of the same transaction or occurrence as alleged in this Complaint pending in this Court nor has such action been previously filed and dismissed or transferred after having been assigned to a judge, nor do I have any other civil action, not between these parties arising out of the same transaction occurrences as alleged in this Complaint that is pending or was previously filed and dismissed, transferred, or otherwise disposed of after been assigned to a Judge.

Now Comes the Plaintiff Randall Thomas, and his Complaint against the Defendants Ferndale Public School, stated unto this Honorable Court as follows:

1.) This action is brought pursuant to Title VI of the Civil Rights Act of 1964, which prohibits discrimination on the basis of race, color or national origin;

2.) Title IX of the Education Amendment of 1972, which prohibit discrimination on the basis of sex;

3.) Section 504 of Rehabilitation Act of 1973, which prohibits discrimination on the basis of disability.

4.) Title II of the Americans with Disabilities Act of 1990, which prohibits discrimination on the basis of disability;

5.) This action is brought pursuant to the Boy Scouts of America Equal Access Act, part of the No Child Left Behind Act of 2001, which prohibits denial of access to or other discrimination against the Boy Scouts or other title 36 U.S.C. youth group in public elementary schools, public secondary schools, local education agencies, and state education agencies that have a designated open forum or limited public forum

6.) This action is brought pursuant to the Elliott-Larsen Civil Right Act of 1964, as amended

7.) This action is brought pursuant to the Americans with Disabilities Act of 1990, 42 U.S.C. 12101, et. seq.

8.) This action is brought pursuant to the Michigan Persons with Disabilities Act No. 220, Public Acts of 1976, as amended.

④

9.) Plaintiff address is 22917 Woodward, Ferndale Michigan 48220.

10) The address's where the alleged discrimination, Libel and Slander

11.) The alleged discriminatory acts occurred from September 2012 to June 2014.

12.) Charges were filed with the Michigan Civil Rights Commission regarding Defendant's alleged discriminatory conduct on 2012-2015

The acts complained of in the suit Vidate Federal Laws Regarding race, gender, disability, retaliation, Hostile Education environment, Failure to make reasonable accommodations, failure to educate a child Verbal intimidation, Filing a Faulse Police Report, Slander, Libel, Parenting Rights and other Civil Rights Violations harassment Intimidation, oppression.



## General Allegations

13.) Plaintiff is a Resident of the City of Ferndale, County of Oakland, and State of Michigan.

14.) Plaintiff address is 22917 Woodward, Ferndale, Michigan 48220.

15.) Defendant is a Ferndale Public School in the City of Ferndale, Michigan 48220

16.) Plaintiff is an African-Amerian male, That Fact was known to Defendant at all times relevant to this litigation.

17.) On or around Sept 2012 Plaintiff enroled his then 5 yrs old son in Defendants school Roseuvte & School an Ferndale Public School in the City of Ferndale MI.

18.) On Plaintiff first day at Defendant Ferndale School, Plaintiff child fist Day of enrolement, Plaintiff filed out Parten ta Card emergency card etc. — with Defendant Ferndale School.

⑥

19.) Before Plaintiff enrolled his then 5yr son in Defendant Ferndale School, Plaintiff went before his Custody Judge in Parenting case # 09-763599-DP Before the sept 2012 enrolmente Date at Defendants Ferndale school

20.) Plaintiff was given an Order from the court (Family) Judge in Custody Case # 09-763599-DP Order Plaintiff the custalityal Parent of his then 5yr son Romda Thomas the Parenters Right to Pick and Chose "any" school of His choseing and the the court would only agee or disagree along with mother whom is the Custodyof Parinet agee to allow Plaintiff the Parental Right to Pick and chose whatever school of Plaintiff chose and Report

(7)  (21)

A Bout on Sept 2013, After the time in which Plaintiff had enroled his then 5yr son in Defendants school, Plaintiff made many complaints about Civil Rights Act violation, Parenting Rights Violation alleged race discrimination, Gender discrimination Slander, Lib  harrasment, Faslse Allogation of Assault, Disorderly Conduct threats and Coushion, corruption, Genocide, white supremacy by up management, by Ferndale Public School with the intent to make Plaintiff Lose his Parental Rights to his son & so that Plaintiff woumd'int be able to come to Defendant Ferndale Public School to Pratricetipet in Plaintiff son Education Based on Defendants Falsification and Discrimination towards Plaintiff and the Gender Discrimination alleged towards Plaintiff by Defendant from sept 2012 to Plaintiff trial on or about Febreary 2014 these complaints went to Defendant as also to the Michigan Department of CIVIL Rights for the Investigation of Plaintiffs complaint eginst Defendant for the alleged violations, see Dept of CIVIL Right cases#

22,) During the time as where Plaintiff son Rande Thomas Attended Defendants Ferndale Public School, Plaintiff at one time or another, Plaintiff the non-custodual Parent was subject to a Defecto White Supremacy Policy to Oppression and Discrimination Harassing UnHuman of His Dignity as a Man a Father under a Protected Civil Rights Class and Disability threats, Intimidation, Violation of Plaintiff Parenting Rights and Visitaion Rights, based and spelled out complettly in vistion order from Oakland County family court order Case# 09-763599-DP and Given to the Defendant on or about December 2012 and was updated through out the time Plaintiff son Attended Defendants Ferndale School. Defendants Intentional Infliction of Discrimind Harassment, Falsification of Plaintiff of Disorderly Conduct, Trespassing, Safety Concerns Violation of School Rules where charrege Agist Plaintiff by Defendant and Defector Policy to Discrimination agisnt Plaintiff and the Violation of Plaintiff Civil, Parenting, Visition Rights By Defendant without an DUE Process of Rights and a fair Investagation an non-Disciminatory Due Process of Plaintiff Rights by Defendant Ferndale School Borard Before any Discipline aginst Plaintiff By Defendant for False alleged Violation Plaintiff Violating or any School Policys and "Before" Disciplined Plaintiff by Short-Term/Long Term Suspendons or Expulsion and without an formal non Discriminatory heaving on False Crimes and or other illegal or indecent acts.

⑨

23) Defendant denied Plaintiff the right to Due Process and a fair and Equal Parenting enviorment to sheare in his child Educational Development process at Defendant Ferndale School, Defendant Defecto Policy of Discrimination intimidation and Violation of Plantiff ADA Disability Rights with the risht to have an Hassment Free Nondiscrimination, incusive to Parentts(ALL) For All Family Educational Rights under the Laws (FERPA) Title VII of Civil Rights Acts of 1964, Title IX of Education Amendments of Section 504 of Rehabilitation Act of 1972, the Americans of Disability Act of 1973, all other policy to Protect the Family/child Sudent Relationship in a Educational School (Public). These Policys and more where All Violated Alleged By Defendant toward Plaintiff and Plaintiff child by Deniing Plaintiff the Right to have an Parent Teachers Conference with Plaintiff and Defendant Regards to Plaintiff Childs education enviorment, Safty, mental health, specal needs, Disiplian, Absences. Truancy, Attendance, Grading, Activities, Graduation, Expulsion, Homework, School- etc. Defendant held a Defecto discriminatory Policy to Violate Plaintiff of these Rights

10)

24) During the time in which Plaintiff Child attended Defendants Ferndale School, On or around Dec of 2012 Plaintiff called and set a Parent teacher Conferance at Defendants Ferndale School. between Plaintiff and Defendant Kindigarter teacher to dicuss Plaintiff Child Education Progress and Needs, During this Confarance Defendant Created and Defecto Plocy to Discrimination false allegation, intimidation, harrasment threats and currction toward Plaintiff while Plaintiff was at Defendant Ferndale School in the Parent techar Confercen with Defendant, Defendand teacher Refused to disclose the information Regrade to Plaintiffs Childs "Homework", "Class Room work" School Activites (Picter Day) reading ability, Speial need, Grades, Suspenson, Truancy,

25) Plaintiff was forged out of this Parent teacher Confarce for Discriminatory Defecto Policy to violate Plaintiffs Rights to his Child Educational Process and Cover-up the Lack of Education Support FOR Plaintiff child BY Mothers with Attendance, Truancy Tardiness, School work, Home work for Plaintiff CNld Deinery Plaintiff the Right under (FERPA) and other Federal Law for Non-DISSCImination Resrards to Educational Rights and Civil Rights

10)

24) During the time in which Plaintiff Child attended Defendants Ferndale School, On or around Dec of 2012 Plaintiff called and set a Parent teacher Conferance at Defendants Ferndale School between Plaintiff and Defendant Kindigarter teacher to dicuss Plaintiff Child Education Progress and Needs, During this Confurance Defendant created and Defecto Plocy to Discrimination false allegation, intimidation, harrasment threats and curresion toward Plaintiff while Plaintiff was at Defendant Plaintoff School in the Parent techar Confercen with Defendant, Defendand teacher Refused to disclose the information Regrade to Plaintiffs Childs "Homework", "Class Room work" School Activities (Picter Day) reading ability, Speial need, Grades, Suspension, Truancy,

25.) Plaintiff was forced out of this Parent teacher Confurce for Discriminatory to his Child Educational Rights Defecto Polvcy to violate Plaintiffs to Cover-up the Lack of Education Process and FOR Plaintiff child BY mothers with Support Tardiness, School work, Home work for Attendance, Truancy Deining Plaintiff the Rishth under (FERPA) and CNild other Federal Law for Non-DISSClmlnction Regrads to Educational Rishts and CivIL Rights

(1)

26.) During the time where Plaintiff child attended Defendant Ferndale school Plaintiff request to have his child process for special needs to to Plaintiff concerns of child educational performances (OR lack of), child inability to learn, read, writing a his current level of school and Plaintiff own review of childs learning abilty also Plaintiff personal experace of Disliziua and the Inability to read and write at the same leave ~~his~~ Plaintiff child is in, Plaintiff was a Denved the Right to have his child reviewed for special need By Defendant which is a violation of Plaintiff Rights as a Parent, Plaintiff appeal to the Family Court Judge in Oakland County and the Judge ask his GAL to review the matter with the Defendant Plaintiff and GAL to determine if Plaintiff had the Right to have his child reviewed for special educat need while a Defendants school, The GAL after the meeting with Defendant and Plaintiff the GAL determed that the Plaintiff had the Right to have the Defendant have his child reviewed for special needs and the Defendant First Denial was then reversel to move forward with the review of his child By Defendant to review child for special needs.

⑫

27) During the Forese Review of the Plaintiff Child for special need the Defendants Denied the Plaintiff the Right to give full Input into the Full Review of Plaintiffs Child Review for speical need ex. history, Ability, household experance, family history all other thing that the Review allow Plaintiff child mother to protusatate in the Review of the Child assesmente for special need. At Although Defendant was and is fully of aware at the time of Plaintiffs Child Review for speical need that Plaintiff himself had speical need whth was also Denied by Defendant by not allow Plantiff Reasonable accommodation at Defendants School, Reading, writing, complaints, Request etc... now at this time Defendant is Denining Plaintiff and Plaintiff the Right to Due Process for Plaintiff Childs speical needs. Defendant Defecto Plaicy to Denie and or malipilate the Review of Plaintiff Child Review for speial need * resulted in a no need for special need for Plaintiff Child. after this Review Defendant failed child on Childs Report Card Regrads to Redd, writing, and many other thing regard to speical needs.

28.) During the time where Defendant alleged discrimination and Denial of Plaintiff Child special need for any Disabilities the Child might have, The Defendant use its Defecto Policy to Discrimination agianst Plaintiff based on Race, Genger and Parenting Rights Class and Disabilities. During when Plaintiff made Compliant to Defendant in writing Verbal also with the Depatmnt of Civil Right cases

and Family Court Judge in case# 09-763599-DP Resrads to Defendents alleged violatoon of Plaintiff Parenting Visition order in case #09-763599-DP given to the Defendent By the Family Court of oakland County in case#09-763599-DP Resrade to Visitation of Plaintiff child and Plaintiff DAYS he can and can't Pick up Child from Defendents Ferndale School and whom is to Pick up Child (which Parent or Gradvaen) from Defendants Ferndale School on or around march 2013 and Violated the Family court order and Plaintiff Rights to pickup his child from Defendant school on Plaintiff Court ordered DAYS. Defendends Defecto discriminatory Policy Changed Family Court Judge Order and took away Plaintiff court order Rignt to Parting time with His Child and pickup from Defendant school By Giving Child to the Other party in the Oakland County Fam'l) Court ordrer without in the

(14) 29.) During the time in which Plaintiffs child attended Ferndale school, Defendant made discriminatory, oppressive, intimidating Falsifatation fruardulent claims of Trespassy Assault, intimidation, disorderly Conduct, Truancy Educarial neglect to child, Threats and Cuuntion to the Oakland count family Court, Ferdale Palice Dept, Department of Human service child Protective Service, child mother, Defendant own special need Dept, to the Child himself, by Defendants Superintendent at the time Gary Meier, Defendant Deputy superintendent Henry Gold, Roosevelt Elemetary Princial Diana Rochely Feandale Public School Board of Education, and Ferndale Public School Aty, Last time Beyng on or about march 7, 2013 Falsifiatation of Assault and or Disorderly Conduct to the Ferndale Police Dept By Defendant, and Retold in the attempted Procecutoon of Plaintiff for the Racketeering Genocrdale corruption, oppressive Discriminatory Claims By Defendant at the Trial of Plaintiff by the Ferndale city and Police on or about Febraary 2014 in Case District 13-7092y By Defendant Gary meier and Henry Gold where the case was later dismissed aginst Plamtiff Randall Thomas.

(5)

30.) Defendant mentained a Defecto Polrcy of discrimination agnst Plaintiff Randall Thomas for Plaintiffs Randall Thomas alleged Violation of Defendant Policy at Ferndale Public School, whereas Defendant used a Diffirnt Policy and Term with a inclusive on Purtenership, non-Discriminatory polrcy for the child mother Sherry Richardson on other White Parents at Ferndale Public School, where it come to Truancy, family Court orders, Report Card, School Activities, and the Reporting of Disorderly Conduct to the Courts, DHS, child protective servrces, special need for the child these allege violions are a Direct resawld of Defendants and its agents Discrimination policy agnst Plaintiff and Violation of his Pantenting/Visition Right Civil Rights to his child and Human Rght for himself,

(16) 31) During the time where as Plaintiff Child attended Defendant Ferndale School, Defendant used it Deputy Superintendant, Ferndale Police Dept and Plasent Rige Police Dept to Chase, Threten, intimidate harrass Plaintiff, Plaintiffs Child, and Plaintiff mother whom where all together on ar around march 2013 at Defendants school but Down the Block _____ in Plasent Renge mi walking to the Car. When Defendant and Police Chase Plaintiff, Child, and mother to the Car, stoped the car from moving and used Defendant Deputy superintendant Ferndale police, and to threaten Plaintiff not to come Back GOLD to Deferdants School Roosevelt Elementary without every having any Fact-Finding Investigation for a fair and Equal out come. This was done to Intimidate Plaintiff and his mother and child by Discrimination and Oppression and violation of Plaintiff Rights.

(17)

Wherefor, Plaintiff Seeks all damages allowable against Defendants in a amount exceeding one million doollars ($1,000,000.00), not inclusive of cost, interest, and attorney fees, Plaintiff also demands such other relief as the Court.

By Randall Thomas

3/7/16

* Randall Thomas

# Counts

Aforementioned in the earlier number of complaints 1–31 , plaintiff accuses

defendant of numerous federal law violations not limited to racial

discrimination, retaliation, excessive force, gender discrimination, lying under

oath, making a false police report, violation of family court order 09-763599-DP,

and various other violations that will be discovered in this case.

**THE ACTS OF DEFENDANTS AS DESCRIBED CONSTITUE INTENTIONAL**

**INFLICTION OF EMOTIONAL DISTRESS.**

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| (a) **PLAINTIFFS** | **DEFENDANTS** |
|---|---|
| Randall Thomas | Ferndale Public School |

| (b) County of Residence of First Listed Plaintiff Oakland | County of Residence of First Listed Defendant Oakland |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| 22917 Woodward Ave Ferndale mi 48220 | NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| (c) Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | **PERSONAL INJURY** | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) |
| | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 890 Other Statutory Actions |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☐ 290 All Other Real Property | ☒ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | | ☐ 896 Arbitration |
| | | ☐ 550 Civil Rights | **IMMIGRATION** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| | | ☐ 555 Prison Condition | ☐ 462 Naturalization Application | ☐ 950 Constitutionality of State Statutes |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*   JUDGE _____ DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

1.  Is this a case that has been previously dismissed?  ☐ Yes  ☑ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

2.  Other than stated above, are there any pending or previously
discontinued or dismissed companion cases in this or any other
court, including state court? (Companion cases are matters in which
it appears substantially similar evidence will be offered or the same
or related parties are present and the cases arise out of the same
transaction or occurrence.)  ☐ Yes  ☑ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :