UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RANDALL THOMAS,

        Plaintiff,

Case No.    16-10813

HONORABLE AVERN COHN

v.

FERNDALE PUBLIC SCHOOLS,

        Defendant.

_____/

## JUDGMENT

For the reasons stated in the Order entered on March 16, 2016, judgment is entered in favor of defendant and against plaintiff and the case is DISMISSED.

DAVID WEAVER

Dated: March 16, 2016

By: s/Marie Verlinde
Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, March 16, 2016, by electronic and/or ordinary mail.

s/Marie Verlinde
Case Manager, (313) 234-5160